IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
_____

LISA MERIE WELLS, WILLIAM A.
WELLS, KERI SUE PAULINE DINKINS,
KRYSTIN MERIE DINKINS, KAYLA
MERIE DINKINS, and KAREN SUE
PAYNE,

        Plaintiffs,

v.        No. CIV 00-924 BB/DJS

TOBY M. DINKINS, et al.,

        Defendants.

## ORDER

A Memorandum Opinion having been filed this date, it is hereby Ordered as follows: the motions to dismiss filed by various Defendants (Docs. 11, 61, 79, 80, 90, 94, 97, 169, 171, 175, 177, 180, 183, 189, and 195) are hereby GRANTED.  Furthermore, any claims raised by Plaintiffs that constitute collateral attacks on decisions made by the Washington state courts are hereby DISMISSED.  Plaintiffs are granted thirty days from the date this Order is filed, in which to file an amended complaint containing only non-frivolous, non-conclusory allegations that state a claim only against Defendants that are subject to this Court's jurisdiction.  Should Plaintiffs fail to file such amended complaint, the entire case will be dismissed.  Finally, all requests for attorney's fees are hereby DENIED.

    Dated this 22nd day of November, 2000.


                                    _____
                                    BRUCE D. BLACK
                                    United States District Judge